UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**THOMAS TARTER, M.D.,**            1:12-cv-00733-SEB-DML

    **Plaintiff,**

  vs.

**WABASH EM-I MEDICAL SERVICES, P.C.,**
a professional corporation

    **Defendant.**

## Order of Dismissal

COME NOW, Plaintiff, Thomas Tarter, M.D., by counsel and Defendant, Wabash Em-I Medical Services, P.C., by counsel, (jointly referred to as "the Parties") and stipulate and agree that this matter should be dismissed, with prejudice, each side to bear their own costs, and the Court, being duly advised, now approves said Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed, with prejudice.

DATED:     9/16/2014                                  _Sarah Evans Barker_

                                                                   SARAH EVANS BARKER, JUDGE
                                                                   United States District Court
                                                                   Southern District of Indiana

Copies to:

mike@lawmg.com
kcimera@lawmg.com

Craig.wiley@jacksonlewis.com
John.Barr@jmblawoffice.com